Rel: November 14, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2025-2026

SC-2025-0181

Jacky Johnson and Ginger Johnson v. Colony Club at Drakes Landing Owners Association, Inc.; Richard L. Whitehead, as trustee of the Whitehead Family Revocable Trust; and Donna Whitehead, as trustee of the Whitehead Family Revocable Trust (Appeal from Baldwin Circuit Court: CV-24-900170).

WISE, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Stewart, C.J., and Sellers, Cook, and McCool, JJ., concur.